Good morning all. Would the lawyers please approach and introduce yourself to the court, please. Good morning. I'm Kenneth Flaxman, appellee at 7S ESL. Good morning, Justices. Francis Catania, C-A-T-A-N-I-A, on behalf of the County of Cook. Okay, the appellant, you're going to reserve some time for rebuttal? Yes, five minutes for rebuttal. Okay. All right, let's proceed. Thank you. May it please the Court. Before you start, let me ask you a question. What kind of complaint is this that you filed in the State Court? Wrongful death action. It is? Sounding of negligence, medical malpractice. It's a wrongful death complaint. Does it show who the heirs are or who's entitled to the love and affection of the decedent? As I stand here, I suspect the answer is no, if you're asking me that question. I don't... I mean, don't you think that those things are required? If Your Honor is telling me it is required, I think it is. I did not think it was before Your Honor asked that question. In the other cases that I filed, I got away without doing it. You got away without doing it? Apparently, I should revisit that pleading style. Okay. So you don't have a survival action here? You're not claiming a survival action? No. Not in the State Court action. Do you have a survival action in the Federal Court? Federal Court action is depriving the man of his life. I don't believe there's any evidence of conscious pain and suffering while he was not getting treated right. Well, if he had pain and suffering, wouldn't that make it a survival action? If there were, yes it would. All right. Well, proceed with your argument. I feel there are questions that I have not thought about that are important, but I will proceed with what I have prepared. Can I interject? Is there a two-year statute of limitations on your medical negligence action filed in the Circuit Court? I believe there was. All right. Now, in your State case, you say he died on August 7th, and you filed your complaint two years later, August 6th. In your Federal action, you allege he died on August 6th. What is it? Which date did he die? I think it was August 6th, but as I stand here now, I... Okay. I think in your State action, you plead that he died on August... Maybe I'm wrong. I... Maybe I'm wrong, but I... Whatever. Maybe I'm wrong, because now I'm looking at the one in the brief, and it says August 6th under both. I think he died August 6th, but he was seen by the mental health worker on August 6th, and who said that this man has bizarre behavior, but there's nothing wrong with him, and he has a medical problem, and sent him back to the tier, and that he died shortly thereafter. If there's some problem that I don't know about... Oh, well, they did file a statute of limitations dismissal motion in the Federal court, didn't they? That's correct, because we added... Well, we tried to add... The two... The doctor and then this other person, this non-mental health person. Right. After two years had elapsed, which is one of the arguments before the Circuit Court, that if you dismiss this case, the defendants will argue in Federal court that it's too late to add us there, and the defendants argued, well, there's equitable estoppel, you can raise that in Federal court. Defendants did not say, we will not raise the statute of limitations issue if you dismiss the case, but they have raised it in Federal court, and that's what's... I think sandbagging is the right phrase for that. As long as we haven't let you talk yet, let me ask you one more question. Along those lines, when you attempted to add the individual defendants in the Federal case, the doctor and the mental health provider, what did you allege against them in the Federal case? The same facts that I'd alleged in the State case. What facts were those? That they were... Well, for the doctor, I alleged that she had prescribed the wrong medication and it was medical malpractice. And I actually complied with the State procedure for medical malpractice claims. I had my affidavit and a report from a physician, which is the same one we had in the State court action. For the mental health worker, we had a negligence allegation. Okay. So that's the lies of both cases. It was the same... Well, when we added the two individuals in the Federal action, or actually added them, we put in the same allegations that had been in the State. Okay. Go ahead. Thank you. Okay. Well, I think the court has thought about this a lot and has questions, so I don't want to be presumptuous and start by repeating stuff that we all have thought about, but I'll try to be very brief. Well, we read everything and we think a lot about what we're doing. Because our job is to get it right. And my job is to prevail for my clients, so I hope that we're all... But your job is to get it right, too. And apparently I have some ways to go with that. If we turn to the Kellerman fact, before we get to the Kellerman fact, we have the same case. We don't argue that it's the same cause. We don't revisit the same cause of action. We say, yes, it's the same cause. It's about this man dying at the jail. It's not the same parties, unless... Whoa, let's not go over that so fast. Okay? You admit today that these are the same causes for the purposes of 2619A3. That's correct. Same operative facts. Isn't that the... I have a hearing problem. Same operative facts. Oh, the same... Yes. All right. His death as a result of... We're not disputing that. All right. Fine. You're not contesting. You agree then. All right. Now let's go on. You say that it's not the same parties. It's the same parties. If the county says we will not raise a scope of employment defense, then it's the same parties. If the county at some point says, well, these people were not acting within the scope of employment, then it's not the same parties, because those individuals are being cut loose by the county and are not in the case. And I would expect... I had hoped that the county would say we're not going to raise statute of limitations. If you go to federal court, we're not raising scope of employment, but they didn't do that. They preserved all of their defenses, and that makes it potentially different parties. Turning to the... Well, I wonder if that's a consideration that is supposed to be taken into account at this stage. So at this point in time, they're the same parties. But if I understood what you just said correctly, at this point in time, they're the same parties. But you're saying it may turn out that the county may take a position that this was not within the scope of employment, and therefore they're out, the county's out? That's what the county could argue. But at the time it was before... But my question is... I understand the argument. But my question is, at the time that the trial court ruled on the 2-6-19 motion, if they are the same parties now, and then later, the county may get kicked out of which? Out of both cases? Well, if we could potentially lose the federal claims on the merits, and the county could say they were acting not in the scope of employment... State claims. And the claims against the individuals are time-barred. And the state claims, by the way, are before the federal court, based on supplemental jurisdiction. Is that right? That's correct. Okay. So my question is, and it just occurred to me when you said that, is that an appropriate consideration under the same parties analysis, under 2-6-19-A-3 now? Or should the court just say, well, they're the same parties now, it may change later? And then could that possibly be a counter factor? Because there's the possibility that you might not get all the relief you're looking for. Well, that's, I think, a supplemental element factor, which is more than the four. But yes, I think it is. But if we look at it today, the individuals are parties who have asserted a statute of limitations defense in the federal action. If they prevail on that statute of limitations defense after having been dismissed here in circuit court, then they're not parties. Then we've been deprived of a claim against them. Well, you know, isn't that a good argument for a state, as opposed to a dismissal? Because right now, they're parties in the federal action. Same cause of action, and they're the same parties. And there is a problem in the federal case, admittedly, that, well, there's a couple of problems that you just noted. One is statute of limitations. We kick them out. We kick the individual defense out. And you may be in a position where you may lose the individual case because of losing the respondent superior argument. So, but that's like, those are two maybes. So my question is, rather than a dismissal, why shouldn't we just enter a stay? That would have been consistent with what we wanted. What the plaintiffs wanted was to take discovery in one action, which would be used in both actions, and to prepare the cases for disposition. Prepare the claims for disposition, whether they be tried in federal court or state court. We weren't trying to depose people twice or win in state court after we lost in federal court. We wanted to not have the situation where we litigate for three years in federal court and the district judge there says, you lose on the federal claims and I'm relinquishing jurisdiction over the state law claims. Go refile in state court, which would mean another two-year delay. The discovery is going to be the same in all the claims, and we just wanted to proceed. And a stay is essentially what we were arguing for. We didn't use the word stay, but that's what we wanted. We wanted to proceed with discovery and get the cases ready for disposition. Let me ask you this. On the record before us, which doesn't include the fact really that you filed in the federal court, okay, because the record before us is to determine whether this judge should be affirmed or reversed, okay, and at that point in time, before you filed in the federal court, after the statute of limitations, it wasn't the same cause because there were different transactions. Isn't that correct? Well, I would argue that, but I rewrote all the cases discussed. Well, isn't it a separate transaction between a policy case under the Civil Rights Act and a medical malpractice case? Aren't those separate transactions? I would argue that. I mean, either it is or it isn't. I mean, you're not a civil lawyer, are you? From the questions, I'm not much of a lawyer at all, but I am. I pretend, I seek to be primarily a civil lawyer. Okay, you seek to be a civil lawyer. Okay, so are you telling us that before the state court that this was the same cause? Because if you are, then we have no alternative but to affirm the court. Well, with that question, I mean, think about what you're saying. They're the same. The cases that have decided 2619 motions talk about the same cause not being the same cause of action but being a very broad sense of the same cause. It's whether it's the same transaction or occurrence. Isn't that what the Supreme Court said in Kellerman? The same transaction or occurrence? And the appellate court cases afterwards which extended Kellerman to dismissals rather than to stays have been very expansive in saying what the same cause is. Well, is a policy cause of action under the civil rights the same as a medical malpractice case? Is that the same cause? Is that the same transaction? It's not the same. The transaction occurred on policy way before this man ever even entered the jail. I fear I'm arguing with the appellees. Yeah, you are arguing the appellees. Well, under Kellerman, the case clearly says that simply because they're the same parties and the same cause, that that doesn't really end the analysis. The court has to look at the four factors. Even if the actions were the same parties and the same cause, the court still has to determine whether those four factors, comedy, whether you could get complete relief, whether the action will cause multiplicity, vexation and harassment, and then the last factor, or maybe the first. What's the other one besides the three I've mentioned? Res judicata, which doesn't apply. All right. So anyway, in this case, even if you agree that there's the same parties and the same cause, that doesn't mean that the court stops the analysis, Kellerman's over, and we're done. It means that the court still has to go on to consider these other factors. And you've argued in your brief that other than res judicata, the factors of comedy, of multiplicity, vexation, and complete relief are appropriately in your favor, and therefore the court abused its discretion when it dismissed your action. Yes. Thank you. All right. There you go. And I think the strongest argument in that is comedy, that we have state law issues which are not, which should be resolved in the state courts, that we have questions that have not been authoritatively resolved by the Illinois Supreme Court, and there are a lot of issues like that where the strongest authority on point is a federal district court decision, which may or may not be getting Illinois law correct, and that's really what state courts are for to resolve the state law causes of action. Well, I don't know if comedy is the strongest point or not. I would tend to disagree because I think the state court and the federal court, the federal court can clearly, you know, resolve the state claims. That's not, I don't, I'm not sure I agree with you on that, but I do think that the court has to consider all these factors, and that's a real issue. So. Well, I think a real issue is that you have timely filed against the doctor and the mental health provider in the state court, and you may not have timely filed in federal court, and when this goes forward in federal court and the federal judge kicks out those two parties and we've allowed a dismissal here, then they're gone, and you have not obtained complete relief. And that, I think, that's your strong side. I agree with you. You do, do you? Well, I don't have any disagreement with what Justice Palmer said. You know, if you consider all the factors, even one of them, if one of them doesn't give you, if you don't get complete relief, then why should it be transferred anyway? Well. I thank you. If there's no further questions, I'd like to close. Sit down. Thank you. May I please the court? Before you speak, I have a question for you. Certainly. Why, when he filed this action in the state court, you didn't make a motion to just transfer? Well, because, very simply, all state claims were pled in the federal court. This is a redundant pleading. That's my position. Well, at that point in time, there was no claim for negligence in the federal court. Actually, I believe there was. If you recall from the complaint itself, at every turn, it's pled that all state claims are asserted in the federal jurisdiction. The difference between the state and the federal jurisdiction is that the state could plead a plausible claim. Yeah, but there was no pleading of a medical malpractice case. In fact, the doctor wasn't even named. Well, that's only partially true because the doctor needn't be named under his theory of respondeat superior in the federal court. Even though the doctor's conduct might be criticized, that doctor probably should have been added in the federal case. And I would just point out, he was going to go after the doctor before he filed in state court. So you're saying basically that they can prevail under this medical negligence theory that the doctor who misprescribed the medicine can still be held fully responsible under the theory of respondeat superior because the county was named initially. I am suggesting only that the claim is in the federal case and respondeat superior is pled in the federal case every time counsel brought in questions about employee's conduct. He's talking about respondeat superior. Why don't you tell us where in this second amended complaint where it's alleged that the doctor didn't prescribe the right medication. Where is it? It is pled in the materials that were before the circuit judge in his motion added information to the court. The claim that's pending is the second amended complaint. Is it not? No. I thought that the federal court granted them leave to add the other two defendants. Yes. But the second amended complaint hasn't been filed? The second amended complaint is the complaint that was operative and that is that in fact to his pleadings before the circuit court judge for her to evaluate the 619A3 motion he also gave the court information that he was going after those individuals for the conduct that was alleged. So the doctor's conduct in misprescribing medication which is... There's a name for that. Isn't there in federal court and it's escaping me right now. The difference in the pleading form in federal and state court and that is that in federal court you don't have to actually say the words medical malpractice. You don't have to set forth separate counts. What's the name for that? You don't have to have a separate count for medical malpractice. That's the difference in the pleading requirements in the federal court and the state court. Yes, but it's even more than that. The controlling document in the federal jurisdiction is the final pretrial order and that is where all  will be presented. It's not necessary in the initial pleading. One of the factors is that you have to move to dismiss them. Once they're dismissed are you saying that the negligence action or the medical negligence action is still essentially pending against the county under a theory of responding superior? Yes, I am. What if in this federal action that you claim has this negligence in the hand representing the sheriff. Can't the sheriff argue that the cause of the decedent's death here is because that person was misprescribed medicine by the doctor and that that was the sole proximate cause of the issue here, the death? Here's the difficulty I think that stems from the fact that the sheriff had done anything wrong vis-a-vis the medical care. What he said is the county has done something wrong through its employees that would be the doctor and the mental health specialist, county employees. And the reason why he says this is only that the sheriff is the warden of the jail and therefore is responsible for not acting in light of seeing things that should be done differently. But the sheriff does not control medical care at the jail and counsel knows this having practiced medical care. What he said is a claim against the county when he says county employees caused the harm. In the state claim he's identified those employees and he's going at them directly. Okay, then I'm going to have to go back to my original question to you. You explain to me why you never suggest that Mr. Rogers died because Dr. Williamson prescribed the wrong medication. I don't care if it's notice or fact pleading or what. I want to know where you're saying you're notified that Dr. Williamson prescribed the wrong medication and caused the death and then the subsequent damages resulting from her misdiagnosis. You tell me where it's in the federal action. If you take the federal complaint, the piece of paper all by itself, you are correct. That amended complaint does not contain an allegation about prescription error, but that's not where the inquiry stopped. Evidence was put forward to the trial judge in the circuit court by plaintiff in his pleadings that described the third amended complaint where it is mentioned. What third amended complaint? We're basing everything we do on the record in front of us. I believe what we're basing our actions on is the record that was before the trial judge and that record included materials that I've just spoken about. Yes, but the federal district court hasn't allowed a complete relief. My question is going to whether or not they're going to be able to get complete relief when the complaint that's on file in the federal district court doesn't put anybody on notice as far as I'm concerned that Dr. Williamson misprescribed the medication which ultimately caused his death and the trial judge that made the decision that these are the same causes, the same parties and that the Kellerman factors were met. In order to do that, she considered the briefs and the attachments to those briefs that were provided by counsel which included his second amended brief that was before the judge. If you want to just look at the complaint form itself, certainly the federal court case, the claim that's presented there does not inform anybody of anything. Well, it talks about a policy problem. It talks about a policy pending, I guess since this time in the federal position. Isn't that what the federal suit was about? No. That is what counsel pled to some degree, but when he talks about policy, he's not talking about that policy. He's talking about a policy that caused the constitutional harm. So we're getting mixed up in terms of what is policy. What is he saying? Because it's in some, what, paper? It is in the second amended complaint, the pleading that he provided to the trial judge and the third amended complaint. I'm looking at the second amended complaint, and I've asked you to tell me where you're even notified about a doctor or anyone who is prescribed. I agree with Justice that there is nothing in the second amended complaint that says that a doctor misprescribed, but the trial court was informed by Mr. Flaxman at the briefing of the motion as well as at the oral argument that in fact he did allege that it was a statute of limitations grounds. Doesn't this all go back then to the initial action and therefore you should lose on your statute of limitations? It is certainly a possibility, but that question is really not in this jurisdiction. That's the federal court's question to answer. Yeah, okay. I think that all militates in this case to decide whether or not what you're saying is accurate. Because on the one hand you're saying it's all there, it doesn't have to be pled specifically, and yet at the same time you're moving to dismiss under statute of limitations grounds, and yet you're saying it all relates back anyway, it's there, doesn't it? I did not file that motion, but I would tell you that I don't think it's improper, and here's why. The actual issue is whether or not his claim is lost. He states that his action against individuals may be lost by virtue of the statute of limitations, but I would assert that his claim for medical care is lost. So really it sounds like you'd agree to a state. Well, I don't have a problem with the state. I don't. And here's the reason why I don't have a problem with the state. So long as comedy prevails, and comedy is in favor of the federal court where counsel chose to file first, if comedy prevails, that is either for or against the plaintiff, one release, not two. I think you have some leverage on. I do think there should be one action, one judgment. If there's going to be a provision for the damages, it should be in one place. That was my point in bringing the motion. What if you ultimately get a judgment against the individual defendants? What's your position on whether if the individual defendants are dismissed from the federal action, would the plaintiff still be able to get complete relief? Yes. And here's why. If the individual defendants are dismissed for whatever reason, the county employees are identified by the county. What if they just want it as a matter of principle? What if they want a judgment against the doctor as a matter of principle? Don't they have a right to get that? Certainly. However, that's not the aim of this lawsuit. This lawsuit is a lawsuit. And that is that you can still argue that they were not acting within the scope. Are you going to have that as a motion at some point? Well. So again, the stay makes the most sensible. I do have to answer that point that Justice Smith made. Here's the problem. The problem is that when counsel makes a third amendment complaint and third amendment complaint which are part of the record considered by this trial judge is that they were employees and acting in the scope of employment. We must take those facts as true. So if we take those as true, he should have no basis to make the argument that the employee was not acting within the scope. Here's the problem with the theory that counsel has presented. We're not talking about a private hospital and contract doctors. We're talking about a public hospital with public employees. All of the work that's done at the hospital that pertains to delivery of medical care and delivery of  Dr. Williamson and Mr. Oliver worked at CERMAC, not at Stroger. Dr. Williamson was assigned at CERMAC. CERMAC is a non-cervical entity within the Bureau of Health Services, the County Bureau of Health Services. The Court was fully aware of all of the ramifications of the issue of responding at superior employment. So you're telling us that if the doctor was dismissed out of this case, there would still be a cause of action against the county? Yes. The claim is not dismissed. Perhaps there's a set of limitations available to the federal court in terms of constitutional issue, whether an individual who's acquitted might relieve the entity. That's the Heller case, and that has nothing to do with this question. The counsel brought it up in his pleading when he talked about the Thomas case. So the reason that you didn't transfer the case to the federal  was already there. My view was it was judicially efficient for me to file a 619 motion in the state court to make sure the court was fully notified that there was already a pending case that included all of the claims that they could bring already in federal court. But then why are you moving to mis-prescribing at least the first one, Dr. Williamson, and then Oliver's a different complaint? You're saying it's all there anyway. I'm saying that it's all there because it's the same set of operative facts involving the same transaction, not a separate transaction, the same one. The claim may not be dismissed under that motion. That motion was a personal motion made by the individuals, but the claim will remain against the county. There's no motion to dismiss at this point the county for medical malpractice. Are they separately represented? There is a conflict unit representing the physicians. And they have permission to file an appearance in the state case on behalf of the doctor. That was done after the 619A3 motion was filed. Let me ask you this. Did the judge ever indicate to the lawyers that she was counsel for the president of the county board? She had not. However, I was certainly aware that she was counsel. She was an attorney who helped set policy? Well, I would differ with the court, with the justice on that. The president's office is separate from the Bureau of Health Services. The president's office does not set the bureau policy. That's done by the bureau itself, and there's a board that sets it. I have heard it at other times, but I don't recall it being said on this case. Does the court have any further questions, or would you like me to go a little bit further along with what my analysis is? I have no further questions. Well, I think that I've exceeded my time. Counsel, were you aware that this judge was an attorney? No, I was not aware. Is this part of the pleadings at all? Is there any issue before the court that has to do with any disclosure the judge made or not? No disclosure made. Never been raised, not in this part of the loop. Do you do criminal cases as well? I do little criminal cases. I do mostly federal civil cases, and I try my best when I come over here, and sometimes I perhaps fall short. We run across each other out on the West Highway? In a criminal case. When the district judge granted the motion to file the third amended complaint, he then stayed the action, so those individuals have not been served and nobody knows who represents them. I suspect it would be the conflict unit. To file a federal case using the court's supplemental jurisdiction asserting a medical malpractice action filed in state court, and if that report isn't there, then the medical malpractice action invariably gets dismissed by the federal court. The second amended complaint did not mention anything about misprescription of medication and did not have that report and was not a medical malpractice case. Well, you could have filed your initial complaint in federal court pleading medical negligence, naming the individual doctor, naming Mr. Oliver, and at least then it would have been on file regardless of whether you had your expert at that time, and it could have been dismissed without prejudice, at least that's what the federal courts do. Do you think it makes sense for you to have a state court action just in the general sort of scheme of things, for you to have a state court action pending resulting from the death of Mr. Rogers, and then at the same time have a federal action encompassing everything, which both courts are fully capable of doing, the state court and the federal court. If discovery is consolidated in the federal case and the state case, there's really no harm from two actions pending. Well, two actions pending, but that's not what I'm talking about. I'm talking about two actions and just discovery going under with one caption. But by filing them in two different places, you've set this whole thing up for what we're discussing today, as opposed to filing it in one place. If I had filed it in one place, and this is not the first time that this has happened, the federal judge could say, I'm granting summary judgment to the defendants because you haven't proved your federal claims, and I am relinquishing jurisdiction over the state cause of action. Go refile it if you choose to in state court. And then I get online in state court and wait another two or three years to get the judgment that the civil rights claim gets removed. Yes. Let me ask you this, though. What do you make of the county's argument that if Dr. Williamson and Mr. Oliver get kicked out on the statute of limitations, you're still going to get complete relief in federal court because they don't want a judgment against the doctors just because they want one? Talk to me about that. If we do want a judgment against the doctor because we want the doctor entered on the registry having killed somebody by misdescribing drugs, then we're not going to get that if the county is just the argument and the doctors are out of the case, you're out of the box. But if you still have the doctors in the case, then you can at least go after them individually and then they can fight with the county, right? That's correct. Thank you. So there's some value. Even if the doctors are out of the case, there would be a judgment against an individual doctor if that doctor committed malpractice. It could have a social value as the plaintiff would want for other people to know about rather than just an anonymous judgment against the county. Thank you for giving